UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 3:95-CR-00035-LRH-RAM |
| | ) | 3:98-CV-00114-LRH-RAM |
| v. | ) | |
| | ) | ORDER |
| ROBERT J. COLLINS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Presently before the court is Robert J. Collins's ("Collins") Motion to Correct (#196[1]). Collins argues that this court erred by failing to consider his reply points and authorities in the court's Order dated July 3, 2007 (#194). The court will construe this motion as a motion for reconsideration. *See King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1987) (stating the court's obligation to construe the pleadings of pro se litigants liberally).

The court has carefully reviewed Collins's reply points and authorities (#187) along with the record as a whole and finds no grounds upon which to reconsider its July 3, 2007, Order (#194). Collins has failed to demonstrate that this court lacked jurisdiction or that the magistrate judge improperly decided any issue in this case.

///

---

[1] Refers to the court's docket number.

1        IT IS THEREFORE ORDERED that Collins's motion for reconsideration (#196) is hereby

2   DENIED.

3        IT IS SO ORDERED.

4        DATED this 15th day of August, 2007.

5

6                                               _____

7                                               LARRY R. HICKS
                                                UNITED STATES DISTRICT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26
                                          2